## "FLEA" v. STATE.    (No. 6572.)

(Court of Criminal Appeals of Texas.  Dec. 21, 1921.)

Appeal from Williamson County Court; F. D. Love, Judge.

A Mexican called "Flea" was convicted of theft, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for theft. Penalty assessed at a fine of $25 and 30 days in jail.

The record is before us without bills of exceptions or statement of facts. Many questions are suggested in motion for new trial, but none of them are presented in such a way that the court can review the same in the present condition of the record.

Nothing is discoverable which would require a reversal of the case, and the judgment of the trial court is affirmed.